# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2020 KW 0660

**OCTOBER 26, 2020**

---

In Re:     Terry Flanagan, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 12-17-0511.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is ordered to provide relator with a copy of minutes for various portions of relator's trial, the bill of information, and the uniform commitment order, if it has not already done so. See **State ex rel. Simmons v. State,** 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (*per curiam*). In all other respects, the writ application is denied. For all other documents, relator must demonstrate a particularized need as set forth in **State ex rel. Bernard v. Criminal Dist. Court Section J.,** 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (*per curiam*).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT